IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WAYNE PETTAWAY,
    Plaintiff,
v.

MAXINE OVERTON, et al,
    Defendants.

C.A. No. 13-213 Erie

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on July 16, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's oral report and recommendation, issued on July 1, 2014, recommended that the Motion for Preliminary Injunction [37] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff, his counsel, and on Defendants. Objections were filed by Plaintiff on July 14, 2014. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 29th Day of July, 2014;

IT IS HEREBY ORDERED that the Motion for Preliminary Injunction, [37] is DENIED. The report and recommendation of Magistrate Judge Baxter, issued July 1, 2014, is adopted as the opinion of the court.

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record